**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1589**

---

In re:  DEVONTA OZELL SMITH,

      Petitioner.

---

On Petition for Writ of Mandamus.  (5:18-cr-00054-FL-1; 5:21-cv-00157-FL)

---

Submitted:  October 28, 2022                    Decided:  December 14, 2022

---

Before RUSHING, Circuit Judge, and MOTZ and FLOYD, Senior Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Devonta Ozell Smith, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devonta Ozell Smith petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied Smith's motion. Accordingly, because the district court has recently decided Smith's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*